636

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. JAMES SCHNEIDER, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Erie County Children's Court adjudging that defendant is the father of the child of complainant and directing that he contribute to the support of said child.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TETTE, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Monroe County Court convicting defendant of criminally receiving and concealing and withholding stolen and wrongfully acquired property.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. FRANK LAINO, Defendant.— Motion granted to the extent of granting an inspection of the Grand Jury minutes and otherwise denied with leave to the defendant to make such further motion for dismissal of the indictment as he may be advised. All concur. (Motion for an order permitting inspection of Grand Jury minutes and for an order dismissing the various counts of the indictment.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of the Estate of CARRIE A. BEACH, Deceased. PRISCILLA A. BEACH, Appellant; ROBERT J. BEACH et al., Respondents.— Motion to dismiss appeal, as renewed upon argument of the appeal, granted with $10 motion costs, and appeal dismissed on the ground that the appellant, having been in default, may not appeal. Appeal dismissed, without costs upon motion. Memorandum: We treat the appeal as one from the decree of judicial settlement and find that the appellant was in default. If we were to reach the question, which does not appear to be presented, as to whether or not the order of October 2, 1958, denying the objection to jurisdiction, was properly made, we would affirm the order. The order must be specified in the notice of appeal under section 295 of the Surrogate's Court Act. All concur. (Appeal from a decree of Oneida Surrogate's Court settling the accounts of the estate of decedent and directing distribution.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ SHURGOUR & BACON CONSTRUCTION COMPANY, INC., Respondent, v. EMPIRE DEVELOPMENT CORPORATION et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ WILLIAM TADIO, Respondent, v. GENERAL MOTORS CORP. et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ VIOLA J. BATTAGLIA, Respondent, v. JOSEPH BATTAGLIA, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before October 6, 1959.

■ FRANK MANZI, Appellant, v. CENTRAL N. Y. WIRE CORP., Respondent. — Appeal dismissed unless printed records and briefs are filed and served on or before October 6, 1959.

■ In the Matter of EDWARD J. PUNCH et al., Petitioners, against CLARENCE FOERTCH et al., Respondents.— Application for a final order of dismissal denied and time for filing and serving printed records and briefs on appeal extended to October 5, 1959.

■ CONSTANCE W. FORD et al., Respondents, v. HERTEL-BAILEY PROPERTIES, INC., Appellant, et al., Defendants.— Application for final order denied.